## People of the State of Illinois, Defendant in Error, v. William F. Katelhut, Plaintiff in Error.

### Gen. No. 42,980.

694

Heard in the second division, first district, this court at the February term, 1944; opinion filed April 6, 1944. Judson L. Parker, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by Justice Sullivan. **Not to be published in full.**